Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S.Rancho Dr. Ste B14
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:23-MJ-389-EJY |
| Plaintiff, ) | |
| ) | **STIPULATION & ORDER** |
| vs. ) | |
| ) | |
| DENNIS DILLON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant DENNIS DILLON, by and through his counsel Benjamin Durham, and the United States, by and through RANDOLPH ST CLAIR, Assistant United States Attorney, counsel for Plaintiff, submit this stipulation as required by the Court.

The parties stipulate as follows:

1. Mr. Dillon has completed all requirements as set forth in the Plea Agreement filed on November 29, 2023. (ECF 9).

2. Accordingly, the parties jointly move to allow Mr. Dillon to withdraw his guilty plea to Count One of the Criminal Complaint, and the government moves to amend Count One to a charge of Reckless Driving, a violation of 36 CFR 4.2 and NRS 484B.653.

3. The parties stipulate to allow Mr. Dillon to plead guilty to the amended Count One, and the parties jointly recommend that the original sentence be applied to the Reckless Driving count as amended and that this matter be closed.

DATED this 30th day of May, 2024

| BENJAMIN DURHAM LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Benjamin Durham | /s/ Randolph J. St. Clair |
| BENJAMIN DURHAM<br>Nevada Bar No. 7684<br>*Attorney for Defendant* | RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

## ORDER

IT IS SO ORDERED.

DATED: June 3, 2024

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE